[No. 62461-0-I. Division One. March 1, 2010.]

THE STATE OF WASHINGTON, *Respondent*, v. MARLOW TODD EGGUM, *Appellant*.

*In the Matter of the Personal Restraint of* MARLOW TODD EGGUM, *Petitioner*.

Appeal from a judgment of the Superior Court for Whatcom County, No. 05-1-01094-3, Steven J. Mura, J., entered September 5, 2008, together with a petition for relief from personal restraint. Judgment *affirmed* and petition *denied* by unpublished opinion per Leach, J., concurred in by Schindler, C.J., and Dwyer, J.

[No. 62472-5-I. Division One. March 1, 2010.]

THE STATE OF WASHINGTON, *Appellant*, v. KHAMSAY KEODARA, *Defendant*, VANNAK YUN, *Respondent*.

Appeal from a judgment of the Superior Court for King County, No. 08-1-01279-1, Douglas D. McBroom, J., entered September 12, 2008. *Affirmed* by unpublished opinion per Becker, J., concurred in by Ellington and Appelwick, JJ.

[No. 62476-8-I. Division One. March 1, 2010.]

HELIODORO LARA, *Appellant*, v. THE CITY OF SEATTLE ET AL., *Respondents*.

Appeal from a judgment of the Superior Court for King County, No. 97-2-11669-4, John P. Erlick, J., entered September 19, 2008. *Affirmed* by unpublished opinion per Ellington, J., concurred in by Schindler, C.J., and Dwyer, J.

[No. 62631-1-I. Division One. March 1, 2010.]

THE STATE OF WASHINGTON, *Respondent*, v. RICHARD HODGES, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 06-1-00007-9, Michael Hayden, J., entered October 2, 2008. *Affirmed* by unpublished opinion per Ellington, J., concurred in by Becker and Appelwick, JJ.